IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br> Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br> Defendants. | Case No. 24-cv-2710<br><br>Judge John J. Tharp, Jr. |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff TV TOKYO CORPORATION ("TV Tokyo") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS TV Tokyo's Motion, except as to defendant no. 69, in part as follows.

This Court finds TV Tokyo has provided notice to Defendants in accordance with the Temporary Restraining Order entered 4/15/24, ECF No. 27 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that TV Tokyo has provided a basis to conclude that Defendants have sold products bearing unauthorized copies

of TV Tokyo's federally registered copyrights (the "NARUTO Copyrights") and/or using infringing and counterfeit versions of TV Tokyo's federally registered trademarks (the "NARUTO Trademarks").

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of TV Tokyo's previously granted Motion for Entry of a TRO establishes that TV Tokyo has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that TV Tokyo will suffer irreparable harm if the injunction is not granted.

Specifically, TV Tokyo has proved a *prima facie* case of trademark infringement because (1) the NARUTO Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the NARUTO Trademarks, and (3) Defendants' use of the NARUTO Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with TV Tokyo. TV Tokyo has also proved a *prima facie* case of copyright infringement because it has demonstrated that (1) TV Tokyo is the owner of the valid and enforceable NARUTO Copyrights, and (2) Defendants, without any authorization from TV Tokyo, or any right under the law, have deliberately copied, displayed, distributed, reproduced, and/or made derivate works incorporating the NARUTO Copyrights. Furthermore, Defendants' continued and unauthorized use of the NARUTO Trademarks and the NARUTO Copyrights irreparably harms TV Tokyo through diminished goodwill and brand confidence, damage to TV Tokyo's reputation, loss of exclusivity, and loss of future sales. Monetary

damages fail to address such damage and, therefore, TV Tokyo has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the NARUTO Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine TV Tokyo product or not authorized by TV Tokyo to be sold in connection with the NARUTO Trademarks;

    b. reproducing, distributing copies of, making derivative works of, or publicly displaying the NARUTO Copyrights in any manner without the express authorization of TV Tokyo;

    c. passing off, inducing, or enabling others to sell or pass off any product as a genuine TV Tokyo product or any other product produced by TV Tokyo, that is not TV Tokyo's or not produced under the authorization, control, or supervision of TV Tokyo and approved by TV Tokyo for sale under the NARUTO Trademarks;

    d. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of TV Tokyo, or are sponsored by, approved by, or otherwise connected with TV Tokyo; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner,

   products or inventory not manufactured by or for TV Tokyo, nor authorized by TV Tokyo to be sold or offered for sale, and which bear any of TV Tokyo's trademarks or copyrights, including the NARUTO Trademarks and the NARUTO Copyrights, or any reproductions, counterfeit copies, or colorable imitations.

2.  Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3.  Upon TV Tokyo's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to TV Tokyo expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

 a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

 b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts and Defendants' sales and listing history related to their respective Online Marketplaces; and

4

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon TV Tokyo's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods bearing the NARUTO Copyrights or using the NARUTO Trademarks.

5. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

5

6. TV Tokyo may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "A1AMEJ3FZHOB4F and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. TV Tokyo's Complaint [Dkt. No. 1], Schedule A to the Complaint [Dkt. No. 8], Exhibit 3 to the Declaration of Hiroaki Saiki [Dkt. Nos. 12-20] and the TRO [Dkt. No. 27] are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9. The $250,000 bond posted by TV Tokyo shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

Date: May 15, 2024

John J. Tharp, Jr.
United States District Judge

# Schedule A

| No. | Seller ID |
|---|---|
| 1 | A1AMEJ3FZHOB4F |
| 2 | AEM99Q3LHTVDH |
| 3 | A20OPVYR509NZO |
| 4 | A3D67M4ECPCMGB |
| 5 | A1NHD2I3V6IG4Y |
| 6 | A3SQGTZXNK5VXL |
| 7 | A1CKJAG3MJH9F5 |
| 8 | A352P89V1KLMQZ |
| 9 | AIW96MMU7YGSN |
| 10 | A1CQ42HNL46I3O |
| 11 | A1Z4WS9V2G6HUJ |
| 12 | AH1YE8P0XXP1J |
| 13 | A2S1BB750VHEVI |
| 14 | A1INVW4O1UCN30 |
| 15 | A1VHPOAV93J2DL |
| 16 | A3KJ3ZYR5NCRO6 |
| 17 | A3FFXDY40VHSNT |
| 18 | A1SN6RAZ2Q26SL |
| 19 | A2JX1O43QF1NPD |
| 20 | AJO4AD3KUG8B7 |
| 21 | A3JKA2YO2EKOMQ |
| 22 | A3U2RA0UZOC4E7 |
| 23 | A1RWCCZIAAIGSL |
| 24 | A2IIHLGCPKJXM6 |
| 25 | AZ6BIRZV7U8LI |
| 26 | A2WDAMHHCRFTM1 |
| 27 | A2WVFPDNJ1F300 |
| 28 | A1GD19MYRSN1EY |
| 29 | A2WK3CHDJHOGWL |
| 30 | AB6IVQHEBESEA |
| 31 | A3D0PKXHFKZ3FJ |
| 32 | A1KP1WP4W3A8ZW |
| 33 | A27WU92MXZ7Q8V |
| 34 | A1V02NIL07X49 |
| 35 | A3B8NI8CH1L3OW |
| 36 | A28QB2VNRRYDTI |
| 37 | A1O2BY2G83XU6E |
| 38 | AKYTSWKUN1AVU |

| | |
|---|---|
| 39 | AKX3XRKTZTS4V |
| 40 | A34R5C297QJSEI |
| 41 | A30J1XLQHC0FLZ |
| 42 | AKRHURA8P90V3 |
| 44 | A1AM0GL7DUKH10 |
| 45 | A3V9PSIX2DCAMD |
| 47 | A2F6CELECUW6OL |
| 48 | A3POXVFHMA0T2V |
| 49 | A2X5Y499KLJ036 |
| 50 | A20U6UNJXHPLXI |
| 51 | ADBWWMYOHARR9 |
| 52 | A3DQM1L6LOUHMV |
| 53 | ACPOGLUQ3SDIA |
| 54 | A1186BFYZJU2MJ |
| 55 | AS2FM1FQTF5P |
| 56 | A2OT85OGMRKQA2 |
| 57 | A3QAG2T47KNAGT |
| 58 | A385H79NMDRHD6 |
| 59 | A3H2US4FRNFVHB |
| 61 | A31BLWRGTK10GO |
| 63 | A3FU7JZGC07J5H |
| 65 | A2B602L22CRK9V |
| 66 | A371SA7IXWI0RX |
| ~~X~~ | ~~EXCEPTED~~ |
| 70 | A3FTZ0Z55P6Y1R |
| 71 | AUQWP6N3Z6YY1 |
| 72 | ALTW4KEZALNT4 |
| 73 | A15YMTQ19K4F00 |
| 75 | A17DEOFJTUF2M7 |
| 76 | A1ACGTMEQCLY84 |
| 78 | AJB1BDZODYU8F |
| 80 | A2MHA4O4AUH5P3 |
| 81 | A1ZXR5BGMA9L2V |
| 82 | A8MI38DOMOYJS |
| 83 | A2HGAOH4EEW883 |
| 84 | ADVA3L0NYW0G1 |
| 85 | A3MGAM6KLIJX2U |
| 86 | AVJHYZNO71LE2 |
| 87 | A3URVZVTBOBAQO |
| 88 | APAA4RZAJHZH1 |
| 89 | A2ZPL4Z88VGKYO |

9

| | |
|---|---|
| 90 | A14ZCD63VS3B4F |
| 91 | A2DXX0TKHV52YC |
| 92 | AP67PQ01I2ELH |
| 93 | AFORKB3HM6TJG |
| 94 | A3R9Q4EDYVVWKN |
| 96 | AVLJQCK5WCB20 |
| 97 | A285EFPMQ571KF |
| 98 | A3GFZJ4CVPHYH6 |
| 99 | ABY188IAZHTP2 |
| 100 | A30GGRMHT75VLR |
| 101 | A28PPQWSG2ISHU |
| 102 | A2CYXZLDZWHL2T |
| 103 | A246B9D2PSMN63 |
| 104 | AP5EUVNHSRFT4 |
| 105 | A2ILTPLM3JT2J8 |
| 106 | A3EUCBFD50T5ZF |
| 107 | A2M4QDILQL5HEP |
| 108 | A1KK15YKOVHHVS |
| 109 | A2DGIKXG14VAD8 |
| 110 | A3EVIRV4EJVLN3 |
| 111 | A3DT18P9HOS6CQ |
| 112 | A3L2NX4GBTK9D1 |
| 113 | A24S76VE7FASPB |
| 114 | A3LP8RK7EBVWV3 |
| 115 | A1QPS6HQHJ9J7B |
| 116 | A1L2J8KA8HMTAT |
| 117 | A2XMVPDVSV8W80 |
| 118 | A1MFK9EGOBXDR3 |
| 119 | A32JRB9VIDL4FV |
| 120 | AKMAO2F89EC7V |
| 121 | A33P490GCNTDHX |
| 122 | A9N1FW8FXZUG8 |
| 123 | AW1UC9A5J4VMP |
| 124 | A165PVWVH0D4JL |
| 125 | AVO2K40W5GHWD |
| 126 | A2XNSATP8RDSD7 |
| 127 | A2IWSJFW2KIGQ3 |
| 128 | ABV6FVB6877YB |
| 129 | A1J5SZU163IUN6 |
| 130 | A18IXUE9WJULW |
| 131 | A2M4RGOIFUSSMT |

| | |
|---|---|
| 132 | A2TSMOJ4MT2WUQ |
| 133 | A3LH5BQL82L5NA |
| 134 | A3C3ERKYQN4O5Y |
| 135 | A2TD4TVJVFXV5L |
| 136 | A30XDAEGDZ21V6 |
| 137 | A3HZOS8M4TUB33 |
| 138 | A3ITADQIT343H7 |
| 139 | AS0PZADNWJK1P |
| 140 | A2ZV032SYV2NOU |
| 141 | A3SQ6IR3NSMZNG |
| 142 | A2LSTTL7Z1K8QV |
| 144 | A1HYBLSXULT947 |
| 145 | A3Y7WS4XLAJPJ |
| 146 | A3B6MHFO6CM7LV |
| 147 | A1Q75RWN9GJ5TV |
| 148 | A2GY165YM0EZ9F |
| 149 | A262RHHEO7L437 |
| 150 | A27EH3GOFHK3SQ |
| 153 | A1MU9VMFI0K5Q2 |
| 154 | A21EW9ELQ2SDK2 |
| 155 | A7Y0OQQK2T3P7 |
| 156 | A31FDUXET1CE54 |
| 157 | A1U8J2QAJBEUAY |
| 158 | A1LNMQ31A2MIHN |
| 159 | A1K77PXBGJJUJT |
| 160 | A3EJPDET3HB41Y |
| 161 | A2UWPDKQ45VE8 |
| 162 | A1F26MHJDNPZRF |
| 163 | A1S66F7552ERXF |
| 164 | A2UBN2NNQUM66Y |
| 165 | A2OH89IVGXW7UR |
| 166 | AOIECXWI2AJ5X |
| 167 | A13GO5L40QRASO |
| 168 | AXZSIG6PITTO6 |
| 169 | A1QFOU016RZVK8 |
| 170 | A2SA34SYY7YPUC |
| 171 | APRV55R9N1MLT |
| 172 | A3DTK3HQP1X03B |
| 173 | A2EX5PXBX3B5JC |
| 174 | AEHBMWNLPUO58 |
| 175 | AHNOHHDE3KYUK |

| | |
|---|---|
| 176 | A8DV9GQVA8OCK |
| 177 | A2W7JHJX2H4PPL |
| 178 | AQ127HP8AFF2N |
| 179 | A2RHMNMYTJVOUB |
| 180 | A1VSIXRC07ZXAH |
| 181 | A1FW3ZVXSHZYB1 |
| 182 | A3CJ8RLWERJ2G4 |
| 183 | A2QMSN2Z4VTFO9 |
| 184 | A5IGDOKOHJ5NH |
| 185 | AY1B60CBVMZY3 |
| 186 | ASNQF0HFMUX2W |
| 188 | A1FUC8AH5ZVDRE |
| 189 | AAUQPGMAZXEYQ |
| 190 | A2KDL0HT2ROUUC |
| 191 | A3QFG1DGXCOEIJ |
| 192 | AA0HVLVQ7P78C |
| 193 | A3569FIRTZXVQ5 |
| 194 | A1RZSUQS3CD9XD |
| 195 | A3RGXB0IVLCL |
| 196 | A1NXJ4I7QEIWNI |
| 197 | A1WIE9WNMP1JGN |
| 198 | AE1UEZV50W0A8 |
| 199 | A3RESV9VK13XA2 |
| 200 | A31CDTXGCKUMXY |
| 201 | A23EFOYC2XQJF1 |
| 202 | A244U6YA8IRRBK |
| 203 | A36L22Z25FMA3H |
| 204 | A39WB5Y1NN9UAE |
| 205 | A1YI5WYRCZYM4L |
| 206 | AEEOC8TVSH438 |
| 207 | A15O3NY3CRTUR3 |
| 208 | A3RHN84MVN01WQ |
| 210 | A1U8CN82OE3NJZ |
| 212 | A2V1Y55SA2F6P3 |
| 213 | A1TRZI1V4096PC |
| 215 | A2604HGQSBLY3X |
| 216 | AVX3IUV7Q6LRN |
| 217 | A3OU1A2ZHG3R1J |
| 218 | A3DRBJ7TSXF2IW |
| 219 | A3FK33LLDBL3EW |
| 220 | A30O41MBRTOTW |

| | |
|---|---|
| 221 | A2GIYZTQH3BWZ |
| 222 | A36HAN6538DDKO |
| 223 | A3JDHTTBHRSNP |
| 224 | A3NFQIGO8JY6MN |
| 225 | A1QJY0GNIAS9I1 |
| 226 | A1SNATDKLATGM0 |
| 227 | A2LCYXIDAYVQHL |
| 228 | A3GYAAL5XOFCR4 |
| 229 | AW5XJSGCKSZS |
| 230 | A115BJ9UCF6XB4 |
| 231 | A3HETEGZ1EIUOP |
| 232 | A143U51IQ1LLK2 |
| 233 | A3128CKTZZH1T2 |
| 234 | AKNWTI1AV9G57 |
| 235 | A1RSGZDVHYIT0M |
| 236 | A3K8FL6Y8S0LGQ |
| 237 | A1PZZ70W7N8O4K |
| 238 | A2YI5B30046W50 |
| 240 | A2XV8MFUJTGEJH |
| 241 | AI1E5OLHSXNW1 |
| 242 | A1M7OXVSKI69CI |
| 243 | A1P6Z75M4WJRHL |
| 244 | A392MYT64YRQ9W |
| 245 | A21ULZ2X70M7H5 |
| 246 | A2PO369KZKG7HA |
| 247 | A12KX93JEY0EVC |
| 248 | AK93879URV5CQ |
| 249 | A3EQ2DWN03BJIA |
| 250 | A33ZAP4SHX34WN |